No. 11–10023.   COOPER *v.* MISSOURI (Reported below: 356 S. W. 3d 148); and KRUPP *v.* MISSOURI (356 S. W. 3d 142).   Sup. Ct. Mo.   Certiorari denied.

No. 11–10024.   THOMAS *v.* GONZALEZ, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 11–10026.   POSTOLACHE *v.* POSTOLACHE.   Sup. Jud. Ct. Me. Certiorari denied.

No. 11–10034.   HOLLIS *v.* LAFLER, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 11–10037.   CASTORILLO IBALE *v.* SAFEWAY INC.   C. A. 9th Cir.   Certiorari denied.

No. 11–10039.   CROSBY *v.* CROSBY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 11–10040.   COATS *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–10041.   THOMAS ET UX. *v.* LOVELESS ET AL.   Ct. Civ. App. Ala.   Certiorari denied.

No. 11–10044.   GREEN *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 11–10045.   HARDEN *v.* MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 11–10047.   GAMBLE *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 11–10050.   GUILLION *v.* CADE, JUDGE, CIVIL DISTRICT COURT PARISH OF ORLEANS.   C. A. 5th Cir.   Certiorari denied.

No. 11–10051.   HOOKER *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 11–10057.   LITTLE *v.* TOMMY GUNS GARAGE, INC.   App. Ct. Ill., 1st Dist.   Certiorari denied.